LUCILLE & PLES PETERSON v.
THE HONORABLE NICHOLAS ALBANO.

September 19, 1978. Petition for certification denied. (See 158 *N. J. Super.* 503)

LUCILLE & PLES PETERSON v.
THE HONORABLE NICHOLAS ALBANO.

September 19, 1978. Motion to dismiss appeal granted. (See 158 *N. J. Super.* 503)

RICHARD S. SERBIN v. WALT DISNEY WORLD.

September 19, 1978. Petition for certification denied. (See 159 *N. J. Super.* 88)

STATE OF NEW JERSEY v. DAVID DAMIANO.

September 19, 1978. Petition for certification denied.

DEADLINE CONSTRUCTION CO., INC. v.
S. RABINOWITZ IRON WORKS, INC.

September 19, 1978. Petition for certification denied.